UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ANGELA FEELEY,<br><br>  Defendant,<br><br>SUBURBAN PROPANE,<br>  and its successors or assigns,<br><br>  Garnishee. | Misc. No.  2:22-mc-174<br><br>Related to Docket No. 2:11-cr-003 |

## ORDER OF CONTINUING GARNISHMENT

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee.  Pursuant to the Writ, the Garnishee provided an Answer dated January 25, 2023 and filed on April 11, 2023, stating that, at the time the Writ was served, it had in its possession or under its control personal property belonging or due the Defendant.

On December 13, 2022, the Defendant was notified of her right to a hearing to contest the Garnishment and has not requested such a hearing.

IT IS ORDERED that Garnishee pay to the United States the amount of the lesser of:

A.  Twenty-five percent (25%) of Defendant's disposable earnings for each pay period;

   OR

B.  All amounts of the Defendant's disposable earnings for each pay period in excess of thirty (30) times the federal minimum hourly wage.  See 15 U.S.C. § 1673(a).

IT IS FURTHER ORDERED that Garnishee <u>continue to withhold and pay</u> the United States all future payments until Defendant's debt to the Plaintiff is paid in full, or until the

2

Garnishee no longer has custody, possession, or control of any property belonging to the debtor, or until further Order of this Court, whichever comes first.

To calculate disposable earnings, subtract the following from wages, commissions, and income: (1) Federal income tax; (2) FICA tax; (3) State income tax; and (4) State statutory withholdings.

Payments shall be made at least monthly made payable to **Clerk, U.S. District Court** and mailed to P.O. Box 945, Burlington, VT 05402.

Dated at Burlington, in the District of Vermont, this 12th day of May 2023.

/s/ William K. Sessions III
_____
WILIAM K. SESSIONS III
United States District Judge